AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

GLENN PARKER,

   Plaintiff,

       V.

WINN-DIXIE STORES, INC., a Floirda corporation,

   Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**00-6021**

TO: (Name and address of defendant) **WINN-DIXIE STORES, INC. BY SERVING REGISTRED AGENT: BRAGIN, D. H. 5050 EDGEWOOD COURT JACKSONVILLE, FLORIDA 32205**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF ~~ATTORNEY~~ (name and address)

GLENN PARKER
1201 N. W. 43RD STREET
FORT LAUDERDALE, FLORIDA 33309

an answer to the complaint which is herewith served upon you, within _____**20**_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE