IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case Number: 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,
   Plaintiff,

vs.

WINN-DIXIE STORIES, INC., a
Florida corporation,
   Defendant.
_____/



## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please take notice of the appearance of the undersigned as attorney of record for Plaintiff, Glenn Parker. All future correspondence, pleadings and orders should be forwarded to Amlong & Amlong, P. A., 500 N.E. 4th Street, Second Floor, Fort Lauderdale, Florida 33301.

Dated: January 24, 2000

Respectfully Submitted,

_____
KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
AMLONG & AMLONG, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street, Second Floor
Fort Lauderdale, Florida 33301-1154
(954) 462-1983
(954) 523-3192



Page 1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served with the Complaint and Summons.

*Jennifer Daley* (signature)
JENNIFER DALEY

G:\CP\HISTORY\1933\30.DOC