# United States District Court

<u>     SOUTHERN     </u>   <u>   DISTRICT OF   </u>   <u>     FLORIDA     </u>

S.D. OF FLA.-FTL

GLENN PARKER,

    Plaintiff(s),

v.

WINN-DIXIE STORES, INC., a
Florida Corporation

    Defendant(s).
_____/

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:00-6021-CIV-GOLD/ SIMONTON

TO:  Winn-Dixie Stories, Inc. By serving Registered Agent:
      Bragin, D. H., 5050 Edgewood Court, Jacksonville, Florida 32205

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court

and serve upon Plaintiff's Attorney:

    William R. Amlong, Esquire
    AMLONG & AMLONG, P.A.
    500 Northeast Fourth Street, Second Floor
    Fort Lauderdale, Florida 33301
    (954) 462-1983

an answer to the Complaint which is herewith served upon you, within **Twenty (20)** days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

    You are further served with the following:

    Plaintiff's First Request for Admissions
    Plaintiff's First Request for Production of Documents
    Plaintiff's First Set of Interrogatories

Clarence Maddox                              January 25, 2000
_____     _____
CLERK                                                    DATE

A. Jordan
_____
By DEPUTY CLERK

Rec'd in MIA Dkt 1-27-2000

G:\CP\HISTORY\1933\36.DOC

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | Date |
|---|---|
| Name of Server (Print) | Title |

Check one box below to indicate appropriate method of service

☐ Served personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: Name of person with whom the Summons and Complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing
information contained in the Return of Service and Statement of Fees is true and correct.

Executed on _____    _____
             Signature of Server           Date

_____
Address of Server