# United States District Court

__SOUTHERN__     __DISTRICT OF__ ~~ADDOX~~ __FLORIDA__

GLENN PARKER,

    Plaintiff(s),

v.

WINN-DIXIE STORES, INC., a
Florida Corporation

    Defendant(s).
_____/

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6021-CIV-GOLD/SIMONTON

2/3/00
11:5 AM
Wanda Taylor

TO: Winn-Dixie Stories, Inc. By serving Registered Agent:
Bragin, D. H., 5050 Edgewood Court, Jacksonville, Florida 32205

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's Attorney:

    William R. Amlong, Esquire
    AMLONG & AMLONG, P.A.
    500 Northeast Fourth Street, Second Floor
    Fort Lauderdale, Florida 33301
    (954) 462-1983

an answer to the Complaint which is herewith served upon you, within __Twenty (20)__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

    You are further served with the following:

    Plaintiff's First Request for Admissions
    Plaintiff's First Request for Production of Documents
    Plaintiff's First Set of Interrogatories

Clarence Maddox                        January 25, 2000
_____                      _____
CLERK                                  DATE

_____
By DEPUTY CLERK

LANG DETECTIVE AGENCY

/ 99                                   G:\CP\HISTORY\1933\36.DOC

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 00-6021-CIV-GOLD

FILED BY _____ D.C.

00 FEB 10 AM 9: 48

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Plaintiff:
**GLENN PARKER**

vs.

Defendant:
**WINN-DIXIE STORES, INC**

Received by LANG DETECTIVE AGENCY on the 28th day of January, 2000 at 1:56 pm to be served on **WINN DIXIE STORES, INC., 5050 EDGWOOD COURT, JACKSONVILLE, FL 32205**.

I, P.T. McGroarty, being duly sworn, depose and say that on the **3rd day of February, 2000 at 11:50 am, I:**

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS and COMPLAINT and AMENDED COMPLAINT and REQUEST FOR ADMISSIONS and REQUEST FOR PRODUCTION and INTERROGATORIES and NOTICE OF APPEARANCE** with the date and hour of service endorsed thereon by me to WANDA TAYLOR, SECRETARY of the within named corporation authorized to accept service in the absence of the Registered Agent and failure to comply with F.S. 48.081(3) and F.S. 091.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Special Process Server duly appointed by the Sheriff of Duval County and qualified pursuant to F.S. 48.021(2). Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

P.T. McGroarty
Special Process Server

Subscribed and Sworn to before me on the 3rd day of February, 2000 by the affiant who is personally known to me.

NOTARY PUBLIC


DENNIS E. BARTILUCCI
My Comm Exp. 10/10/2003
No. CC 878296
[ ] Personally Known [ ] Other ID

LANG DETECTIVE AGENCY
P.O. Box 14424
Fort Lauderdale, FL 33302-4424
(954) 523-2513

Our Job Serial Number: 2000000699

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3k