UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff(s),

v.

WINN-DIXIE STORES, INC.,

    Defendant(s).
_____/



FILED by _____ D.C.
MAR 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

### ORDER REQUIRING COMPLETION OF FORM CONSENTING TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In light of the advantages offered by trial before a magistrate judge, such as an earlier, specially-set trial date, the parties are strongly urged to consider consenting to magistrate jurisdiction for trial and other related matters. Therefore, within 20 days of this order, counsel shall, after conferring with their respective clients, complete and submit for the Court's signature, their copies of the attached form entitled "Consent to Jurisdiction By A United States Magistrate Judge For Final Disposition."

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 16 day of March, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

**Copies furnished:**
**Judge Alan S. Gold**
**U.S. Magistrate Judge Simonton**
**Karen Coolman Amlong, Esq.**
500 NE 4th Street
Ft. Lauderdale, FL 33301
**Spencer H. Silverglate, Esq.**
100 N. Biscayne Blvd., Suite 2401
Miami, FL 33132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff(s),

v.

WINN-DIXIE STORES, INC.,

    Defendant(s).
_____/

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes ___ | No ___ |
| 2. | Motions for Attorney's Fees | Yes ___ | No ___ |
| 3. | Motions for Sanctions | Yes ___ | No ___ |
| 4. | Motions to Dismiss | Yes ___ | No ___ |
| 5. | Motions for Summary Judgment | Yes ___ | No ___ |
| 6. | Jury or Non-Jury Trial on Merits | Yes ___ | No ___ |
| 7. | Other _____ | Yes ___ | No ___ |

_____                    _____
(date)                       (Signature) Attorney for _____

Copies furnished to:
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Karen Coolman Amlong, Esq.**
500 NE 4th Street
Ft. Lauderdale, FL 33301
**Spencer H. Silverglate, Esq.**
100 N. Biscayne Blvd., Suite 2401
Miami, FL 33132