IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case Number: 00-6021-Civ-Gold/Simonton

GLENN PARKER

   Plaintiff,

vs.

WINN-DIXIE STORES, INC., a
Florida corporation,

   Defendant.
_____/

## Notice of Selection of Mediator

Plaintiff, Glenn Parker, gives notice that the parties have selected the following individual to mediate this case: Allene Nicholson, Florida Mediation Group, 28 W. Flagler Street, Suite 1010, Miami, FL 33130.



Respectfully Submitted,

*/s/ Jennifer Daley*

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 30th day of March, 2000 to Spencer H. Silverglate, Esq., and Spencer Kuvin, Esq., Clarke, Silverglate, Williams & Montgomery, 100 N. Biscayne Blvd., Suite 2401, Miami, Florida 33132.

*/s/ Jennifer Daley*

JENNIFER DALEY

cc:   Allene Nicholson

G:\CP\HISTORY\1933\59.DOC