UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6021-CIV-GOLD/SIMONTON



GLENN PARKER,

  Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

  Defendant.
_____/

**WINN-DIXIE'S MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S INITIAL DISCOVERY**

Defendant, Winn-Dixie Stores, Inc. (Winn-Dixie), hereby moves for a thirty day extension of time to serve its response to plaintiff's initial interrogatories, request for production and request for admissions, and as grounds for this motion states:

1.  On or about January 6, 2000, plaintiff served 6 initial interrogatories, 100 requests for production (including sub-parts) and 102 requests for admissions (including sub-parts) on Winn-Dixie.

2.  On March 22, 2000, plaintiff then served a second and third set of interrogatories which include over 250 questions, including sub-parts.

3.  Winn-Dixie requested plaintiff to grant it an extension of time to respond to this voluminous discovery.

4.  Plaintiff granted Winn-Dixie an extension up to and including April 6, 2000, to respond.

5.  Due to the great volume of discovery, which totals over 200 requests, Winn-Dixie is still attempting to gather all

necessary, non-objectionable, information in order to fully respond to this discovery, but has been unable to due so by April 6, 2000.

6. Unfortunately, plaintiff's counsel advised that they would grant no further extensions.

7. Therefore as an err of caution, Winn-Dixie files this request for an additional 30 day extension of time to respond to plaintiff's initial interrogatories, request for production and request for admissions.

8. This matter is not currently set for trial.

9. A proposed order and self-addressed envelopes are attached.

WHEREFORE, Winn-Dixie requests this court to enter an order granting Winn-Dixie a 30 day extension of time, up to and including May 8, 2000, to respond to plaintiff's initial interrogatories, request for production and request for admissions served with the complaint.

Clarke Silverglate Williams
 & Montgomery
Attorneys for Winn-Dixie
Suite 2401, New World Tower
100 North Biscayne Boulevard
Miami, FL  33132
Telephone: (305) 377-0700
Facsimile: (305) 377-3001

By: _____
   Spencer H. Silverglate
   Florida Bar No. 769223
   Spencer T. Kuvin
   Florida Bar No. 089737

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of April, 2000, to Jennifer Daley, Amlong & Amlong, P.A. , 500 N.E. 4th Street, Second Floor, Ft. Lauderdale, Florida 33301-1154.

By: _____
Spencer T. Kuvin

#6-31/76991