UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff(s),

v.

WINN-DIXIE STORES, INC.,

    Defendant(s).

_____/

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions for Costs | ___ | X |
| 2. | Motions for Attorney's Fees | ___ | X |
| 3. | Motions for Sanctions | ___ | X |
| 4. | Motions to Dismiss | ___ | X |
| 5. | Motions for Summary Judgment | ___ | X |
| 6. | Jury or Non-Jury Trial on Merits | ___ | X |
| 7. | Other _____ | ___ | X |

4/5/00
(date)

(Signature) Attorney for Winn-Dixie Stores, Inc.

Copies furnished to:
Judge Alan S. Gold
U.S. Magistrate Judge Andrea Simonton
Karen Coolman Amlong, Esq.
500 NE 4th Street
Ft. Lauderdale, FL 33301
Spencer H. Silverglate, Esq.
100 N. Biscayne Blvd., Suite 2401
Miami, FL 33132