UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff(s),

v.

WINN-DIXIE STORES, INC.,

    Defendant(s).
_____/

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

    In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions for Costs | x | |
| 2. | Motions for Attorney's Fees | x | |
| 3. | Motions for Sanctions | x | |
| 4. | Motions to Dismiss | x | |
| 5. | Motions for Summary Judgment | | x |
| 6. | Jury or Non-Jury Trial on Merits | | x |
| 7. | Other _____ | | |

April 5, 2000      Karen Coolman Amlong, Esq.
_____    Jennifer Daley, Esq.
(date)      (Signature) Attorney for Plaintiff, Glenn Parker

Copies furnished to:
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Karen Coolman Amlong, Esq.**
500 NE 4th Street
Ft. Lauderdale, FL 33301
**Spencer H. Silverglate, Esq.**
100 N. Biscayne Blvd., Suite 2401
Miami, FL 33132