IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)
Case Number: 00-6021-Civ-Gold/Simonton

GLENN PARKER

   Plaintiff,

vs.

WINN-DIXIE STORES, INC., a
Florida corporation,

   Defendant.
_____/



## Plaintiff's Notice of Filing
## Consent to Jurisdiction by U.S. Magistrate Judge Form

Plaintiff, Glenn Parker, pursuant to the Order entered on March 16, 2000, hereby gives notice of filing his attached Consent to Jurisdiction by a United States Magistrate Judge for Final Disposition Form.

Respectfully submitted,

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192



Page 1 of 2



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 5th day of April, 2000 to Spencer H. Silverglate, Esq., and Spencer Kuvin, Esq., Clarke, Silverglate, Williams & Montgomery, 100 N. Biscayne Blvd., Suite 2401, Miami, Florida 33132.

JENNIFER DALEY

G:\CP\HISTORY\1933\63.DOC