Case 0:00-cv-06021-ASG   Document 19   Entered on FLSD Docket 04/10/2000   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6021-CIV-GOLD/SIMONTON



GLENN PARKER,

    Plaintiff,

vs.

WINN DIXIE STORES, INC.,

    Defendant.
_____/

### ORDER OF REFERENCE OF WINN-DIXIE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INITIAL DISCOVERY TO MAGISTRATE JUDGE

THIS CAUSE is before the court *sua sponte*. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge Andrea Simonton** to issue a final order on Winn-Dixie's Motion for Extension of Time to Respond to Plaintiff's Initial Discovery, filed on April 5, 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7 day of April, 2000.

                                            ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Andrea Simonton

Spencer H. Silverglate, Esq.
Clarke Silverglate Williams & Montgomery
Ste. 2401, New World Tower
100 N. Biscayne Blvd.
Miami, FL 33132

Jennifer Daley, Esq.
Amlong & Amlong, P.A.
500 N.E. 4th St., 2nd Fl.
Fort Lauderdale, FL 33301-1154