UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

   Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

   Defendant.
_____/



FILED by /cw   D.C.
APR 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

### ORDER GRANTING WINN-DIXIE'S MOTION FOR EXTENSION OF TIME

This cause having come before the court on Winn-Dixie Stores, Inc.'s (Winn-Dixie) motion for extension of time to file its response to plaintiff's initial interrogatories, request to produce (DE #14, filed 4/5/00) and request for admissions, and the court having reviewed the file including Plaintiff's Response, and being fully advised in the premises, it is hereby

Ordered and adjudged that the motion (DE #14) is GRANTED. Winn-Dixie shall have until May 8, 2000, to serve its response to plaintiff's discovery.

DONE AND ORDERED in chambers in Miami, Miami-Dade County, Florida, on this 11th day of April, 2000.

                                   _____
                                   UNITED STATES DISTRICT JUDGE
                                                MAGISTRATE

cc:   All counsel of record
6-31/76992