UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

    Defendant.
_____/

### WINN-DIXIE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AND THIRD SET OF INTERROGATORIES

Defendant, Winn-Dixie Stores, Inc. (Winn-Dixie), hereby moves for a thirty day extension of time to serve its response to plaintiff's second and third set of interrogatories, and as grounds for this motion states:

1. On March 22, 2000, plaintiff served a second and third set of interrogatories which include over 250 questions, including sub-parts.

2. Winn-Dixie is currently undergoing, and recently announced, a nationwide substantial restructuring which involves the closing of 114 stores and elimination of approximately 11,000 jobs.

3. This massive restructuring has caused unfortunate delays in compiling information to respond to plaintiff's voluminous discovery.

4. Undersigned counsel has contacted plaintiff's counsel regarding this extension. Unfortunately, an agreement could not be