UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.  : 00-6021-CIV-GOLD

GLENN PARKER

    Plaintiff(s),      NOTICE OF MEDIATION CONFERENCE DATE

vs.

WINN DIXIE

    Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 11/01/2000 Wednesday 10:30 A.M.* |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Allene D. Nicholson, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION:<br>SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-40514

```
                                          PAGE 2.
CASE NO.       : 00-6021-CIV-GOLD
FMG FILE NO.   : 0-40514
PLAINTIFF      : PARKER
```

Copies on April 18, 2000 to:

Jennifer Daley, Esq.
Amlong & Amlong
500 NE Fourth Street
Second Floor
Ft. Lauderdale  FL  33301
954-462-1983 Fax 1-954-523-3192

Karen Coolman Amlong, Esq.
Amlong & Amlong
500 NE Fourth Street
Second Floor
Ft. Lauderdale  FL  33301
954-462-1983 Fax 1-954-523-3192


Spencer T. Kuvin, Esq.
Clark, Silverglate, et al.
100 North Biscayne Boulevard
Suite 2401
Miami  FL  33132
305-377-0700 Fax 305-377-3001