UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

    Defendant.
_____/



## ORDER GRANTING WINN-DIXIE'S MOTION FOR EXTENSION OF TIME

This cause having come before the court on Winn-Dixie Stores, Inc.'s (Winn-Dixie) Motion for Extension of Time to Response to Plaintiff's Second and Third Set of Interrogatories, and the court having reviewed the file and being fully advised in the premises, it is hereby

Ordered and adjudged that the motion is GRANTED. Winn-Dixie shall have until May 22, 2000, to serve its response to Plaintiff's Second and Third Set of Interrogatories.

DONE AND ORDERED in chambers in Miami, Miami-Dade County, Florida, on this 25 day of _____, 2000.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

cc: All counsel of record

