IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6021-Civ-Gold/Simonton

GLENN PARKER

   Plaintiff,

vs.

WINN-DIXIE STORES, INC., a
Florida corporation,

   Defendant.
_____/

## Plaintiff's Privilege Log

1. Correspondence, including notes and memoranda, between plaintiff and his attorneys

2. Plaintiff's attorneys, including, Amlong & Amlong, P.A.'s, case files on Parker v. Winn-Dixie Stores, Inc., including attorneys' notes, correspondence, and research

3. Plaintiff's attorneys, including, Amlong & Amlong, P.A.'s, billing files, including invoices and correspondence, on Parker v. Winn-Dixie Stores, Inc.

4. Communications between plaintiff and his attorneys

5. Plaintiff's tax returns for 1993 to present in his possession (Plaintiff will produce subject to entry of an agreed confidentiality order.)



Page 1 of 2

Respectfully Submitted,

*Jennifer Daley*

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 27th day of April, 2000, to Spencer H. Silverglate, Esq., Spencer Kuvin, Esq., Clarke, Silverglate, Williams & Montgomery, 100 N. Biscayne Blvd., Suite 2401, Miami, Florida 33132.

*Jennifer Daley*

JENNIFER DALEY

G:\CP\HISTORY\1933\74.DOC