UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

    Defendant.
_____/

**WINN-DIXIE'S SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S INITIAL DISCOVERY**

    Defendant, Winn-Dixie Stores, Inc. (Winn-Dixie), hereby moves for a second thirty day extension of time to serve its response to plaintiff's initial interrogatories, request for production and request for admissions, and as grounds for this motion states:

    1.   On or about January 6, 2000, plaintiff served 6 initial interrogatories, 100 requests for production (including sub-parts) and 102 requests for admissions (including sub-parts) on Winn-Dixie.

    2.   Winn-Dixie filed its first motion for extension of time to respond to plaintiff's initial discovery on April 5, 2000. The court granted this motion and provided Winn-Dixie thirty days, up to and including May 8, 2000, to respond. Unfortunately, Winn-Dixie in good faith has been unable to gather the necessary information to respond to this discovery.

CASE NO. 00-6021-CIV-GOLD/SIMONTON

3. As noted in Winn-Dixie's motion for extension of time to respond to plaintiff's second and third interrogatories, Winn-Dixie is currently undergoing, and recently announced, a nationwide substantial restructuring which involves the closing of 114 stores and elimination of approximately 11,000 jobs.

4. This massive restructuring has caused unfortunate delays in compiling information to respond to plaintiff's voluminous discovery.

5. In a good faith effort to advance discovery in this case Winn-Dixie has provided plaintiff with all information available at this time. This includes over 103 documents and a list of all potential witnesses pursuant to rule 16.1.

6. Undersigned counsel has contacted plaintiff's counsel regarding this extension. Unfortunately, an agreement could not be reached as to the time permitted for this extension.

7. Therefore, Winn-Dixie files this request for an additional 30 day extension of time to respond to plaintiff's initial discovery.

8. This matter is not currently set for trial.

9. A proposed order and self-addressed envelopes are attached.

WHEREFORE, Winn-Dixie requests this court to enter an order granting Winn-Dixie an additional 30 day extension of time, up to

-2-

CASE NO. 00-6021-CIV-GOLD/SIMONTON

and including June 8, 2000, to respond to plaintiff's initial interrogatories, request to produce and request for admissions.

          Clarke Silverglate Williams
            & Montgomery
          Attorneys for Winn-Dixie
          Suite 2401, New World Tower
          100 North Biscayne Boulevard
          Miami, FL  33132
          Telephone: (305) 377-0700
          Facsimile: (305) 377-3001

By: _____
       Spencer H. Silverglate
       Florida Bar No. 769223
       Spencer T. Kuvin
       Florida Bar No. 089737

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 8th day of May, 2000, to Jennifer Daley, Amlong & Amlong, P.A., 500 N.E. 4th Street, Second Floor, Ft. Lauderdale, Florida 33301-1154.

          Clarke Silverglate Williams
            & Montgomery

By: _____
       Spencer T. Kuvin

#6-31/78751

-3-