UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

    Defendant.
_____/



### ORDER GRANTING WINN-DIXIE'S MOTION FOR EXTENSION OF TIME

    This cause having come before the court on Winn-Dixie Stores, Inc.'s (Winn-Dixie) Motion for Extension of Time to Respond to Plaintiff's initial discovery, and the court having reviewed the file and being fully advised in the premises, it is hereby

    Ordered and adjudged that the motion is GRANTED. Winn-Dixie shall have until June 8, 2000, to serve its response to Plaintiff's Initial Interrogatories, Request to Produce and Request for Admissions.

    DONE AND ORDERED in chambers in Miami, Miami-Dade County, Florida, on this 10th day of May, 2000.

                                              Andrea M Simonton
                                          UNITED STATES MAGISTRATE JUDGE

cc:    All counsel of record
6-31/78752