UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 00-6021-CIV-GOLD

GLENN PARKER

    Plaintiff(s),

vs.

WINN DIXIE

    Defendant(s).

NOTICE OF CHANGE
OF
MEDIATION CONFERENCE

*******************************

| | |
|---|---|
| DATE AND TIME: | 08/31/2000 Thursday 10:00 A.M. |
| LOCATION: | Florida Mediation Group<br>Cumberland Building, Suite 400<br>800 East Broward Boulevard<br>Ft. Lauderdale, FL 954-522-9991 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Allene D. Nicholson, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator ten days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify FLORIDA MEDIATION GROUP immediately of any scheduling problems and mail or fax copies of any pleadings which may impact or affect the mediation. |

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 FAX 579-9991
FMG File No.: 0-40514

PAGE 2.

```
CASE NO.        : 00-6021-CIV-GOLD
FMG FILE NO.    : 0-40514
PLAINTIFF       : PARKER
```

Copies on July 13, 2000 to:

Jennifer Daley, Esq.
954-462-1983 Fax 1-954-523-3192

Karen Coolman Amlong, Esq.
954-462-1983 Fax 1-954-523-3192


Spencer T. Kuvin, Esq.
305-377-0700 Fax 305-377-3001