IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 00-6021-Civ-Gold/Simonton

GLENN PARKER

   Plaintiff,

vs.

WINN-DIXIE STORES, INC., a
Florida corporation,

   Defendant.
_____/

### Plaintiff's Response to
### Motion to Amend Affirmative Defenses and Memorandum of Law

Plaintiff, Glenn Parker, responds to defendant Winn-Dixie Stores, Inc.'s Motion to Amend Affirmative Defenses and Memorandum of Law and states as follows:

1. Over certificate of service dated August 23, 2000, defendant filed a Motion to Amend Affirmative Defenses and Memorandum of Law seeking to add an affirmative defense.

2. While plaintiff does not agree with the substance of the affirmative defense, plaintiff does not object to the motion to the extent that it was filed within the Court's deadline for amendments.





Page 1 of 2

Respectfully Submitted,

*[signature: Jennifer Daley]*

KAREN COOLMAN AMLONG
Florida Bar No: 275565
JENNIFER DALEY
Florida Bar No: 0856436
Amlong & Amlong, P.A.
Attorneys for Plaintiff
500 Northeast Fourth Street
Second Floor
Fort Lauderdale, FL 33301-1154
(954)462-1983
(954)523-3192

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 28th day of August, 2000 to Spencer H. Silverglate, Esq., Spencer Kuvin, Esq., Clarke, Silverglate, Williams & Montgomery, 100 N. Biscayne Blvd., Suite 2401, Miami, Florida 33132.

*[signature: Jennifer Daley]*

JENNIFER DALEY

G:\CP\HISTORY\1933\114.DOC