UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6021-CIV-GOLD-SIMONTON

**GLENN PARKER,**

    **Plaintiff,**

v.

**WINN DIXIE STORES, INC.,** a
Florida corporation.

    **Defendants.**

_____/

FILED by GW D.C.
SEP 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT'S MOTION TO AMEND

THIS CAUSE came before the Court on the defendant's motion to amend its affirmative defenses. The plaintiff does not object to the motion, and the defendant's request was filed within the court's deadline for amendment. The court has reviewed the pertinent portions of the record and has determined that the motion should be granted. The amended affirmative defenses are accepted.

DONE AND ORDERED in Chambers at Miami, Florida this _5_ day of September, 2000.

                                            ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton

**Karen C. Amlong**
Amlong & Amlong, P.A.
500 N.E. 4th St., 2d Floor
Ft. Lauderdale, FL 33301-1154
**Spencer H. Silverglate, Esq.**
Clarke, Silverglate, Williams & Montgomery
100 N. Biscayne Blvd., Ste. 2401
Miami, FL 33132