UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
CASE NO.   : 00-6021-CIV-GOLD
JUDGE      : ALAN S. GOLD
TRIAL DATE : 04/09/01
```

GLENN PARKER

    Plaintiff(s),           **MEDIATORS REPORT**

vs.

WINN DIXIE

    Defendant(s).

*********************************

COMES NOW Allene D. Nicholson, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 09-08-2000 10:00.

__X__    AN AGREEMENT WAS REACHED.

        ____ Mediation Agreement attached, with the parties consent.

____    No Agreement was reached; Impasse.

____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ____/____/____/ this matter shall be considered at an Impasse.

____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

____    Other:_____

_____.

_____

Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-40514**

(X)                                 ( )
28 W. Flagler St.                800 E. Broward Blvd.
10th Floor                       Suite 400
Miami, FL. 33130                Ft. Lauderdale, FL. 33301
(305) 579-9990                  (954) 522-9991

Copies to:
lerk of Court
ounsel of record
rties, (if unrepresented)
___/___/___
edrept.fed