UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6021-CIV-GOLD/SIMONTON

GLENN PARKER,

    Plaintiff,

vs.

WINN DIXIE

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** is before the court upon notification filed by Allene D. Nicholson, Esq., a certified mediator, on September 15, 2000, that an agreement was reached in the above-referenced case. In light of this notification that the case shall not require further supervision by the court, it is hereby ordered that this case is DISMISSED WITH PREJUDICE and CLOSED. All pending motions are DENIED as MOOT. Within 60 days of this dismissal order, either party may petition the court to reinstate this case, but only upon a showing of good cause as to why the settlement was not consummated.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __14__ day of September, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished:
**U.S. Magistrate Judge Simonton**
**Karen Coolman Amlong**
Amlong & Amlong
500 NE 4 St., 2d Floor
Ft. Lauderdale, FL 33301-1154
**Spencer Silverglate**
Clarke Silverglate Williams & Montgomery
100 N. Biscayne Blvd., Ste. 2401
Miami, FL 33132