UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6021-CIV-GOLD/SIMONTON

NIGHT BOX FILED
OCT 13 2000
CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

GLENN PARKER,

    Plaintiff,

v.

WINN DIXIE STORES, INC.,
a Florida Corporation

    Defendant.
_____/

### STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties hereto, by and through their undersigned attorneys, hereby stipulate and agree that this dispute has been amicably resolved and, accordingly, should be dismissed with prejudice, each party to bear his/its attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| CLARKE SILVERGLATE WILLIAMS & MONTGOMERY<br>Attorneys for Winn-Dixie<br>100 N. Biscayne Blvd.<br>Suite 2401<br>Miami, Florida 33132<br>Telephone: 305/377-0700<br>Facsimile: 305/377-3001 | AMLONG & AMLONG, P.A.<br>Attorneys for Plaintiff<br>500 N.E. 4 Street<br>Second Floor<br>Ft. Lauderdale, Florida 33301-1154<br>Telephone: 954/462-1983<br>Facsimile: 954/523-3192 |

By: /s/ Spencer H. Silverglate
Spencer H. Silverglate
Florida Bar No. 769223
Date: 9/26/00

By: /s/ Jennifer Daley
Jennifer Daley
Florida Bar No. 0856436
Date: 9-21-00

35